IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS JOHNSON, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v.  ) | CASE NO. 2:04-cv-117-MEF |
| ) | WO |
| CITY OF CLANTON, ALABAMA, *et al.,* ) | |
| ) | |
| DEFENDANTS. ) | |

## **ORDER**

This cause is before the Court on Defendants' Motion to File Out of Time (Doc. # 111) filed on June 1, 2005. It is hereby ORDERED that Plaintiffs show cause, if any there be, why this motion should not be granted by no later than **June 6, 2005**. If Plaintiff intends to oppose the motion, Plaintiff's opposition should set forth what prejudice he would suffer should the motion be granted and whether such prejudice could be cured by continuing the trial of this cause to a trial term in December of 2005.

DONE this the 1st day of June, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE