IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS JOHNSON, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | CASE NO. 2:04-cv-117-MEF |
| ) | WO |
| CITY OF CLANTON, ALABAMA, *et al.,* ) | |
| ) | |
| DEFENDANTS. ) | |

## **ORDER**

This cause is before the Court on Defendants' Motion to File Out of Time (Doc. # 111) filed on June 1, 2005. Plaintiff has indicated that he has no objection to Defendants Bass and Monroe filing their untimely motion for summary judgment. While this Court wishes to impress upon all parties the importance of reading the Uniform Scheduling Order and timely complying with the deadlines it imposes, this Court will, in this case, allow Defendants Bass and Monroe to file their motion. At this time, the Court is not inclined to reschedule the trial in this case; however, the parties are advised that the scheduling of this matter may have to be revisited at a later date if the Court is unable to resolve the numerous dispositive motions before the trial setting.

It is hereby ORDERED as follows:

(1) Defendants' Motion to File Out of Time (Doc. # 111) filed on June 1, 2005 is GRANTED.

(2) Defendants Bass and Monroe must file their motions for summary judgment along with supporting legal memoranda and exhibits by no later than **June 7, 2005**.

(3) Plaintiff shall have until **June 27, 2005** to submit any opposition to any such motion filed by Defendants Bass and Monroe.

(4) Defendants Bass and Monroe may file a reply by no later than **July 5, 2005**.

DONE this the 6th day of June, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE