IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS JOHNSON, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) CASE NO. 2:04-CV-117-F |
| | )            WO |
| CITY OF CLANTON, ALABAMA, *et al.,* | ) |
| | ) |
| DEFENDANTS. | ) |

**ORDER**

This cause is before the Court on the Motion to Dismiss Mark Bass (Doc. # 129) filed on June 17, 2005. The parties have been given adequate time to respond to this motion and none has done so. Accordingly, pursuant to Federal Rule of Civil Procedure 41, it is hereby ORDERED as follows:

(1) The Motion to Dismiss Mark Bass (Doc. # 129) is GRANTED.

(2) All claims in this action against Defendant Mark Bass are DISMISSED WITHOUT PREJUDICE.

DONE this the 28th day of June, 2005.

　　　　　　　　　　　　　　　　　　　　/s/ Mark E. Fuller
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE